Filed 01/24/12                    Case 09-28900

FILED
January 24, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D56
0004256

HONORABLE CHRISTOPHER KLEIN
GARY R. FARRAR
TRUSTEE IN BANKRUPTCY
P.O. BOX 576097
MODESTO, CA 95357-6097

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PICKETT, JESTINA L. | § § § | Case No. 09-28900 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/05/2009 . The undersigned trustee was appointed on 03/29/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $    292,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 22,051.12 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 269,948.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/07/2011 and the deadline for filing governmental claims was 01/07/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 17,850.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 17,850.00 , for a total compensation of $ 17,850.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 94.68 , for total expenses of $ 94.68 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2011          By:/s/GARY R. FARRAR TRUSTEE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-28900 C | Judge: HONORABLE CHRISTOPHER KLEIN |
| Case Name: | PICKETT, JESTINA L. | |
| For Period Ending: | 11/30/11 | |

| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Date Filed (f) or Converted (c): | 05/05/09 (f) |
| 341(a) Meeting Date: | 06/02/09 |
| Claims Bar Date: | 07/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 424 EAST HERITAGE DRIVE, MOUNTIAN HOUSE, CA (u) | 320,000.00 | 150,000.00 | | 292,145.00 | FA |
| 2. CHECKING / SAVINGS | 600.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING / SAVINGS | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. SECURITY DEPOSIT LANDLORD | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. 2003 MINI COOPER S | 10,000.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $338,250.00     $150,000.00     $292,145.00

Value of Remaining Assets     $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's counsel called; EMC Mortgage lender never recorded deed of trust. State court action against client brought this to her attention.. Trustee moved to re-open. Will move to sell residence now worth about $150,000 for the benefit of all creditors. This is probably a title company insurance claim for EMC.
6/30/11 Trustee has possession of property. Utilities back on . tenant is out. Bank has made minimal offer to pay admin and other claims.
9/30/11- Escrow about to close. Expect to file a final before year end. Trustee sold property $292,000 free and clear of liens.
November 30, 2011 After an 1 hour discussion again the Mountain House Water Company confirms that they will offset a 300 deposit at the next billing cycle 12/18/11 taking approx. 151 dolllars fee due post escrow closing and refunding the balance to the Trustee. Trustee will credit the recovery in January 2012 prior to the final distribution.

Initial Projected Date of Final Report (TFR): 03/25/13     Current Projected Date of Final Report (TFR): 03/31/12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-28900 -C | | Trustee Name: | GARY R. FARRAR TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | PICKETT, JESTINA L. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 4437950114 Checking - Non Interest |
| Taxpayer ID No: | 35-6927141 | | | |
| For Period Ending: | 11/30/11 | | Blanket Bond (per case limit): | $ 4,900,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/11 | 1 | CHICAGO TITLE | SALE OF PROPERTY | | 269,992.34 | | 269,992.34 |
| | | TAXES | Memo Amount: ( 1,754.68 ) TAXES | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( 922.70 ) TITLE CHARGES | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( 407.50 ) ESCROW CHARGES | 2500-000 | | | |
| | | PMZ REAL ESTATE | Memo Amount: ( 17,520.00 ) COMMISSION | 3520-000 | | | |
| | | DISCLOSE, NATURAL HAZARDS | Memo Amount: ( 88.95 ) NHD | 2500-000 | | | |
| | | GARY R. FARRAR TRUSTEE | Memo Amount: ( 695.94 ) REIMBURSMENT FUNDS ADVANCED | 2500-000 | | | |
| | | HOME, AMERICAN SHIELD | Memo Amount: ( 355.00 ) HOME SHIELD | 2500-000 | | | |
| | | HOUSE, MOUNTAIN | Memo Amount: ( 221.11 ) WATER BILL | 2500-000 | | | |
| | | PG & E | Memo Amount: ( 5.46 ) UTILTIES | 2500-000 | | | |
| | | MID | Memo Amount: ( 36.32 ) UTILITIES | 2500-000 | | | |
| | | ASSOCATION, HOMEOWNERS | Memo Amount: ( 145.00 ) HOA FEES | 2500-000 | | | |
| | | | Memo Amount: 292,000.00 Sale of Real Estate Property | 1290-000 | | | |
| | | | Memo Amount: 145.00 Reimbursement of Homeowner's Assn | 2500-000 | | | |
| 10/12/11 | 1 | CHICAGO TITLE | HOA REIMBURSMENT | 2500-000 | 145.00 | | 270,137.34 |
| 10/19/11 | 000101 | INTERNATIONAL SURETIES, LTD ONE SHELL SQUARE 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | bond # 016030865 1/1/11 thru 1/1/12 | 2300-000 | | 40.87 | 270,096.47 |
| 11/01/11 | 000102 | PG & E P.O. BOX 997300 SACRAMENTO, CA 95899-7300 | account # 1236950300-3 | 2990-000 | | 40.37 | 270,056.10 |
| 11/15/11 | 000103 | MODESTO IRRIGATION DISTRICT P.O. BOX 5355 MODESTO, CA 95352-5355 | account# 26001254626 424 E. Heritage Drive, Mountain House. | 2990-000 | | 45.59 | 270,010.51 |
| 11/29/11 | 000104 | PG & E P.O. BOX 997300 SACRAMENTO, CA 95899-7300 | # 0195373902-4 424 E. HERTIGAGE DRIVE, MTN HOUSE FINAL CLOSING BILL | 2990-000 | | 61.63 | 269,948.88 |

PFORM2T4    UST Form 101-7-TFR (5/1/2011) (Page: 4)        Ver: 16.04e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-28900 -C | Trustee Name: | GARY R. FARRAR TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | PICKETT, JESTINA L. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | 4437950114  Checking - Non Interest |
| Taxpayer ID No: | 35-6927141 |  |  |
| For Period Ending: | 11/30/11 | Blanket Bond (per case limit): | $ 4,900,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account | Balance Forward | 0.00 |  | 4 Checks | 188.46 |
| --- | --- | --- | --- | --- | --- | --- |
|  | 4437950114 | 2 Deposits | 270,137.34 |  | 0 Adjustments Out | 0.00 |
| Memo Receipts: 292,145.00 |  | 0 Interest Postings | 0.00 |  | 0 Transfers Out | 0.00 |
| Memo Disbursements: 22,152.66 |  | Subtotal | $ 270,137.34 |  | Total | $ 188.46 |
| Memo Allocation Net: 269,992.34 |  | 0 Adjustments In | 0.00 |  |  |  |
|  |  | 0 Transfers In | 0.00 |  |  |  |
|  |  | Total | $ 270,137.34 |  |  |  |

| | | EXHIBIT "C" | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 30, 2011 |

Case Number: 09-28900
Debtor Name: PICKETT, JESTINA L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 010 3210-00 | THE SUNTAG LAW FIRM<br>DANA SUNTAG ESQUIRE<br>20 NORTH SUTTER STREET, 4TH FLOOR<br>STOCKTON, CA 95202 | Administrative | | $15,351.00 | $0.00 | $15,351.00 |
| 010 3220-00 | THE SUNTAG LAW FIRM<br>DANA SUNTAG ESQUIRE<br>20 NORTH SUTTER STREET, 4TH FLOOR<br>STOCKTON, CA 95202 | Administrative | | $348.96 | $0.00 | $348.96 |
| 010 3520-00 | BOB BRAZEAL<br>PMZ REAL ESTATE<br>1230 E. ORANGEBURG AVE, SUITE A<br>MODESTO, CA 95350 | Administrative | | $17,520.00 | $17,520.00 | $0.00 |
| 010 2300-00 | INTERNATIONAL SURETIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $40.87 | $40.87 | $0.00 |
| 010 2990-00 | PG & E<br>P.O. BOX 997300<br>SACRAMENTO, CA 95899-7300 | Administrative | | $102.00 | $102.00 | $0.00 |
| 010 2990-00 | MODESTO IRRIGATION DISTRICT<br>P.O. BOX 5355<br>MODESTO, CA 95352-5355 | Administrative | | $45.59 | $45.59 | $0.00 |
| 010 2500-00 | GARY R. FARRAR TRUSTEE<br>P.O. BOX 576097<br>MODESTO, CA 95357-6097 | Administrative | | $695.94 | $695.94 | $0.00 |
| 000001 070 7100-00 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE #1120<br>MIAMI FL 33131-1605 | Unsecured | | $3,830.12 | $0.00 | $3,830.12 |
| 000002 070 7100-00 | FIA CARD SERVICES, N.A.<br>PO BOX 248809<br>OKLAHOMA CITY OK 73124-8809 | Unsecured | | $19,730.34 | $0.00 | $19,730.34 |
| 000004 070 7100-00 | JP MORGAN CHAES-EMC<br>DAVID C. WINTON<br>2121 N CALIFORNIA BLVD #520<br>WALNUT CREEK 94596 | Unsecured | | $671,000.00 | $0.00 | $671,000.00 |

| | | EXHIBIT "C" | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 30, 2011 |

Case Number:  09-28900  
Debtor Name:   PICKETT, JESTINA L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $728,664.82 | $18,404.40 | $710,260.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-28900
Case Name: PICKETT, JESTINA L.
Trustee Name: GARY R. FARRAR TRUSTEE

Balance on hand       $      269,948.88

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GARY R. FARRAR TRUSTEE | $ 17,850.00 | $ 0.00 | $ 17,850.00 |
| Trustee Expenses: GARY R. FARRAR TRUSTEE | $ 94.68 | $ 0.00 | $ 94.68 |
| Attorney for Trustee Fees: THE SUNTAG LAW FIRM | $ 15,351.00 | $ 0.00 | $ 15,351.00 |
| Attorney for Trustee Expenses: THE SUNTAG LAW FIRM | $ 348.96 | $ 0.00 | $ 348.96 |
| Other: BOB BRAZEAL | $ 17,520.00 | $ 17,520.00 | $ 0.00 |
| Other: MODESTO IRRIGATION DISTRICT | $ 45.59 | $ 45.59 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD | $ 40.87 | $ 40.87 | $ 0.00 |
| Other: PG & E | $ 102.00 | $ 102.00 | $ 0.00 |
| Other: GARY R. FARRAR TRUSTEE | $ 695.94 | $ 695.94 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     33,644.64

Remaining Balance     $     236,304.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 694,560.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE MONEY BANK | $ 3,830.12 | $ 0.00 | $ 1,303.09 |
| 000002 | FIA CARD SERVICES, N.A. | $ 19,730.34 | $ 0.00 | $ 6,712.68 |
| 000004 | JP MORGAN CHAES-EMC | $ 671,000.00 | $ 0.00 | $ 228,288.47 |
| | Total to be paid to timely general unsecured creditors | | | $ 236,304.24 |
| | Remaining Balance | | | $ 0.00 |

　　　　Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

　　　　Tardily filed general (unsecured) claims are as follows:

NONE

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE