GARY R. FARRAR TRUSTEE
Trustee in Bankruptcy
P.O. BOX 576097
MODESTO, CA 95357
(209) 551-1962

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 09-28900-C
JESTINA L. PICKETT )
 ) NARRATIVE SUPPLEMENT
 ) TO TRUSTEE'S FINAL
         Debtor(s). ) ACCOUNT
 )

This case was filed as a chapter 7 on May 5, 2009. The scheduled 341 was completed on June 2, 2009. A no-asset report was filed by the Trustee with the Court.

March 10, 2011, debtor's counsel, David Van Dyke, advised trustee that his client had been served with litigation documentation regarding an unperfected lien issue.

J.P. Morgan Chase-EMC claimed to have acquired the origination loan from Greenpoint Mortgage Funding Inc. Their disclosure states that in 2005 Green Point closed a new loan in the amount of $536,000. Green Point paid itself $467,000 releasing its deed of trust. The in house escrow company failed to record any new deed of trust.

The Bank-lender was in fact an unsecured creditor at the time of the chapter 7 case filing.

The trustee contacted the OUST requesting that the case be re-opened. Trustee engaged legal counsel and the services of a licensed real estate broker.



Page 2 of 3

The broker provided a drive by valuation and a prelim title that confirmed that no lien was recorded. Attempting to gain possession, calls were made to debtor's counsel and to debtor for turnover of the Mountain House residence. Debtor had no objection to surrendering property but former boyfriend – father of her child, occupied the property and was only there during the weekends. Trustee and broker spoke with tenant who promised to move out soon. Tenant turned out to be minimally cooperative. After agreeing to allow the broker to walk thru on a Saturday appointment but failing to show up he agreed to second meeting a week later. When they arrived for the walk thru tenant could not gain access because all power was shut off.  On July 12, trustee changed the locks, accommodated move out, changed utilities to his control etc. July 15 broker called trying to stop bank's repo service team from changing locks, utilities were turned off again. Trustee reinstated services.

The bank filed a state court relief of stay action on May 19, 2011 after case was re-opened and after notice given. A lis pendis still exists on record today. I have a confirmation as of 2/2/12 from Chicago Title that the lender has not removed its filing. Despite litigation counsel's statements of his recommendations to support the proposed liquidation by the Trustee, no filing of non opposition or litigation withdrawal was ever completed.

July 19, 2011 Trustee received first of three proposed sales offers. On July 22, 2011 after various counters to all, the trustee accepted a sales agreement subject to Court approval and overbidding. Trustee's counsel wanted a support statement from the creditor to file the sales motion.

Page 3 of 3

I instructed counsel to go forward without the statement or we would lose the sale.

Motion for sale was filed 8/16/11 and the Court approved the sale on 9/13/11. A party did indicate they were intending on an overbid. Buyer and I attended the hearing but no over bidder came forward. After about 10 days, buyer was most anxious to have a residence for school children and wanted to cancel purchase if order was not forth coming. Title company wanted more than a minute order. Broker held everything together. The escrow closed on October 12, 2011.

No tax return is required for this case as no capital gain is realized.

Trustee has spent a good deal of time working with the utility and service companies. This has been most frustrating for example 2/2/12, I received a water company bill showing a credit for $136.03. Trustee has requested formal refund twice since escrow closed.

My understanding of the "creditor collector servicer" is:

Bank retained a service firm based in Southern California.

The So Cal firm retained a legal firm in Walnut Creek.

The attorney in Walnut Creek had no direct contact with the lender. While he recommended support of the trustee liquidation and removal of the lis pendis he could not obtain direct support. Lender was concerned that removal of the lien of record would jeopardize insurance claim recovery. Trustee requests full commission for this matter. Trustee believes lender will receive at least as much in this distribution as if they had completed a foreclosure.

Trustee projects his time in this matter will exceed 40 hours.

DATED: February 2, 2012                    Respectfully Submitted,

                                            GARY R. FARRAR, TRUSTEE

# Time Sheet Report
## Entries Through 02/03/12

| Case Number: 09-28900 | Case Name: PICKETT, JESTINA L. | Petition Date: 05/05/09 |
|---|---|---|
| Case Status: Asset | Judge: (C) HONORABLE CHRISTOPHER KLEIN | Original 341a Meeting: 06/02/09 |

| Matter/User | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Staff Name: GARY FARRAR** | | | | | |
| CASE ADMINISTRATION | 05/06/09 | case spread sheet | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 05/28/09 | review spread-521 doc's | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 06/02/09 | conducted f341-filed no asset report-scan questionairre | 0.40 | 300.0000 | 120.00 |
| CASE ADMINISTRATION | 03/10/11 | contact from David Van Dyke-litigation claim by bank lender | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 03/11/11 | contact with Broker for value and title info | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 03/12/11 | review report on value and title with broker | 1.00 | 300.0000 | 300.00 |
| CASE ADMINISTRATION | 03/12/11 | request for representation-forwarded info on property | 0.40 | 300.0000 | 120.00 |
| CASE ADMINISTRATION | 03/14/11 | contact OUST regarding re openning case | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 03/21/11 | declaration regarding reopenning case. | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 03/25/11 | case re-opened per order-estatblish file | 0.50 | 300.0000 | 150.00 |
| CASE ADMINISTRATION | 04/05/11 | asset report filed | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 04/12/11 | declaration on broker services. | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 05/16/11 | listing agreement signed | 0.50 | 300.0000 | 150.00 |
| CASE ADMINISTRATION | 05/16/11 | contacted debtor counsel for property access | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 05/18/11 | debtor grants access but boyfriend occupies house not her.. Picket supplies number to call. | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 05/25/11 | call from tennant-says he will be out soon. Asked him to meet broker. he agrees | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 06/09/11 | call with counsel regarding property possession and liquidation | 0.50 | 300.0000 | 150.00 |
| CASE ADMINISTRATION | 06/16/11 | compilation of calls with broker-debtors attorney attempting to get tennant cooperation for walk thru | 3.00 | 300.0000 | 900.00 |
| CASE ADMINISTRATION | 06/17/11 | compilation of discussion time with Suntag firm on bank's cooperation or obstruction. | 1.00 | 300.0000 | 300.00 |
| CASE ADMINISTRATION | 07/12/11 | arranged for locksmith-paid for services-t; turn water on-pge gas & electric; City of Mountain House services-sewer,water & wast | 3.00 | 300.0000 | 900.00 |

Filed 02/03/12  
Date: 02/03/12  
Case 09-28900  
Doc 61  
Page: 2  
Trustee: **GARY R. FARRAR TRUSTEE (855100)**

# Time Sheet Report
## Entries Through 02/03/12

| Case Number: 09-28900 | Case Name: PICKETT, JESTINA L. | Petition Date: 05/05/09 |
|---|---|---|
| Case Status: Asset | Judge: (C) HONORABLE CHRISTOPHER KLEIN | Original 341a Meeting: 06/02/09 |

| Matter/User | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| CASE ADMINISTRATION | 07/15/11 | call from broker -services back of-banks repo property service agency from Bay area taking over. | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 07/15/11 | call to Suntag form; call to utilities to resore service-save irrigated lawn and shrubs. | 1.00 | 300.0000 | 300.00 |
| CASE ADMINISTRATION | 07/22/11 | reviewed three different buyer contract purposals countering | 3.00 | 300.0000 | 900.00 |
| CASE ADMINISTRATION | 07/22/11 | recommending sale agreement-forwarded deal to counsel. | 1.00 | 300.0000 | 300.00 |
| CASE ADMINISTRATION | 07/27/11 | call with attorney regarding sale | 0.10 | 300.0000 | 30.00 |
| CASE ADMINISTRATION | 08/01/11 | advanced utilities billings | 0.50 | 300.0000 | 150.00 |
| CASE ADMINISTRATION | 08/01/11 | reviewed motion to sell-declarations etc. | 0.40 | 300.0000 | 120.00 |
| CASE ADMINISTRATION | 08/09/11 | submitted bills for reimbursement in motion. to sell | 0.40 | 300.0000 | 120.00 |
| CASE ADMINISTRATION | 08/12/11 | urged counsel to file the sales motion-ignor banks statement of support pending<br>buyer anxious | 1.00 | 300.0000 | 300.00 |
| CASE ADMINISTRATION | 09/01/11 | paid utilities | 0.50 | 300.0000 | 150.00 |
| CASE ADMINISTRATION | 09/02/11 | discussed whether opposition had been filed regarding sale with counsel | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 09/13/11 | attended heraing for possible overbidder-only buyer came to hearing; spoke with buyer about colosing ASAP | 3.00 | 300.0000 | 900.00 |
| CASE ADMINISTRATION | 09/16/11 | went over detailed order to sell for court consideration per title company-Suntag Firm | 0.50 | 300.0000 | 150.00 |
| CASE ADMINISTRATION | 10/12/11 | signed papers in escrow-supplied tax id-suppied utility payments to cancel services | 2.00 | 300.0000 | 600.00 |
| CASE ADMINISTRATION | 10/12/11 | discussion with counsel on Bank's claim | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 10/25/11 | requested fee application from counsel | 0.30 | 300.0000 | 90.00 |
| CASE ADMINISTRATION | 11/01/11 | compilation of PG&E re billing for debtors apt bill; Mountain House Water will not do anything until next billing cycle. | 1.00 | 300.0000 | 300.00 |
| CASE ADMINISTRATION | 11/15/11 | paid MID bill | 0.40 | 300.0000 | 120.00 |
| CASE ADMINISTRATION | 11/29/11 | PG&E billed for apt of debtor; sent bill back-settled on close out | 0.50 | 300.0000 | 150.00 |

Trustee: **GARY R. FARRAR TRUSTEE (855100)**

# Time Sheet Report
### Entries Through 02/03/12

| Case Number: 09-28900 | Case Name: PICKETT, JESTINA L. | Petition Date: 05/05/09 |
|---|---|---|
| Case Status: Asset | Judge: (C) HONORABLE CHRISTOPHER KLEIN | Original 341a Meeting: 06/02/09 |

| Matter/User | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| CASE ADMINISTRATION | 11/30/11 | final report-claims-distribution-zero bal | 8.00 | 300.0000 | 2,400.00 |
| CASE ADMINISTRATION | 12/13/11 | issued legal fees to Suntag | 0.20 | 300.0000 | 60.00 |
| CASE ADMINISTRATION | 02/03/12 | Lender's lis pendis not removed-utilities refund not received. attempting to resolve all befor distribution. | 4.00 | 300.0000 | 1,200.00 |
| | | **Totals for GARY FARRAR** | 40.90 | | 12,270.00 |
| | | **Total for Case Number: 09-28900** | 40.90 | | 12,270.00 |

