**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**MODESTO DIVISION**



FILED

**UNDISTRIBUTED BALANCE**

12 JUN 25 AM 9: 55

CLERK. U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO. CA.

**TO:**     United States Bankruptcy Court
         Attn: Karen Ceriani, Finance Dept.

**FROM:**     Gary R. Farrar, Trustee

**DATE:**     June 15, 2012

**DEBTOR:**     JESTINA PICKETT

**CASE #**     09-28900

**AMOUNT:**     $ 228,288.47

**CAN-X#**     Unclaimed Money; Treas. Reg. Fund

Transmitted here with is a check in the above amount for deposit with the court as undistributed balance in the above named case.

**EXPLANATION OF SOURCES:**

Claim #     4

JP MORGAN CHAES-EMC
DAVID WINTON
2121 N. CALIFORNIA BLVD #520
WALNUT CREEK, CA 94596

Amount:     $ 228,288.47

Gary R. Farrar, Trustee