FILED
August 15, 2012 D65
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D65

HONORABLE CHRISTOPHER KLEIN
GARY R. FARRAR
TRUSTEE IN BANKRUPTCY
P.O. BOX 576097
MODESTO,  CA  95357-6097

# UNITED STATES BANKRUPTCY COURT
## EASTERN **DISTRICT OF** CALIFORNIA
## SACRAMENTO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PICKETT, JESTINA L. | § | Case No. 09-28900 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GARY R. FARRAR TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,250.00 *(Without deducting any secured claims)* | Assets Exempt: 8,250.00 |
| Total Distributions to Claimants:  236,304.24 | Claims Discharged Without Payment:  459,472.22 |
| Total Expenses of Administration:  55,695.76 | |

3) Total gross receipts of $ 292,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 292,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 55,695.76 | 55,695.76 | 55,695.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,776.00 | 694,560.46 | 694,560.46 | 236,304.24 |
| **TOTAL DISBURSEMENTS** | $ 23,776.00 | $ 750,256.22 | $ 750,256.22 | $ 292,000.00 |

    4)  This case was originally filed under chapter 7 on  05/05/2009 .  The case was pending for 39 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/17/2012                    By:/s/GARY R. FARRAR TRUSTEE
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Receipts | 1290-000 | 292,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 292,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY R. FARRAR TRUSTEE | 2100-000 | NA | 17,850.00 | 17,850.00 | 17,850.00 |
| GARY R. FARRAR TRUSTEE | 2200-000 | NA | 94.68 | 94.68 | 94.68 |
| INTERNATIONAL SURETIES. LTD | 2300-000 | NA | 40.87 | 40.87 | 40.87 |
| ASSOCATION, HOMEOWNERS | 2500-000 | NA | 145.00 | 145.00 | 145.00 |
| CHICAGO TITLE | 2500-000 | NA | 922.70 | 922.70 | 922.70 |
| CHICAGO TITLE | 2500-000 | NA | 407.50 | 407.50 | 407.50 |
| CHICAGO TITLE | 2500-000 | NA | -145.00 | -145.00 | -145.00 |
| DISCLOSE, NATURAL HAZARDS | 2500-000 | NA | 88.95 | 88.95 | 88.95 |
| GARY R. FARRAR TRUSTEE | 2500-000 | NA | 695.94 | 695.94 | 695.94 |
| HOME, AMERICAN SHIELD | 2500-000 | NA | 355.00 | 355.00 | 355.00 |
| HOUSE, MOUNTAIN | 2500-000 | NA | 221.11 | 221.11 | 221.11 |
| MID | 2500-000 | NA | 36.32 | 36.32 | 36.32 |
| PG & E | 2500-000 | NA | 5.46 | 5.46 | 5.46 |
| Reimbursement of Homeowner's Assn | 2500-000 | NA | -145.00 | -145.00 | -145.00 |
| TAXES | 2500-000 | NA | 1,754.68 | 1,754.68 | 1,754.68 |
| MODESTO IRRIGATION DISTRICT | 2990-000 | NA | 45.59 | 45.59 | 45.59 |
| PG & E | 2990-000 | NA | 102.00 | 102.00 | 102.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE SUNTAG LAW FIRM | 3210-000 | NA | 15,351.00 | 15,351.00 | 15,351.00 |
| THE SUNTAG LAW FIRM | 3220-000 | NA | 348.96 | 348.96 | 348.96 |
| PMZ REAL ESTATE | 3520-000 | NA | 17,520.00 | 17,520.00 | 17,520.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 55,695.76 | $ 55,695.76 | $ 55,695.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SEARS/CBSD | | 1,216.00 | NA | NA | 0.00 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-000 | 18,730.00 | 19,730.34 | 19,730.34 | 6,712.68 |
| 000001 | GE MONEY BANK | 7100-000 | 3,830.00 | 3,830.12 | 3,830.12 | 1,303.09 |
| 000004 | JP MORGAN CHAES-EMC | 7100-001 | NA | 671,000.00 | 671,000.00 | 228,288.47 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 23,776.00 | $ 694,560.46 | $ 694,560.46 | $ 236,304.24 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| | |
|---|---|
| Case No: 09-28900   C   Judge: HONORABLE CHRISTOPHER KLEIN | Trustee Name: GARY R. FARRAR TRUSTEE |
| Case Name: PICKETT, JESTINA L. | Date Filed (f) or Converted (c): 05/05/09 (f) |
| | 341(a) Meeting Date: 06/02/09 |
| For Period Ending: 07/17/12 | Claims Bar Date: 07/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 424 EAST HERITAGE DRIVE, MOUNTIAN HOUSE, CA (u) | 320,000.00 | 150,000.00 | | 292,145.00 | FA |
| 2. CHECKING / SAVINGS | 600.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING / SAVINGS | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. SECURITY DEPOSIT LANDLORD | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. 2003 MINI COOPER S | 10,000.00 | 0.00 | DA | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $338,250.00    $150,000.00      $292,145.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's counsel called; EMC Mortgage lender never recorded deed of trust. State court action against client brought this to her attention.. Trustee moved to re-open. Will move to sell residence now worth about $150,000 for the benefit of all creditors. This is probably a title company insurance claim for EMC.

6/30/11 Trustee has possession of property. Utilities back on . tenant is out. Bank has made minimal offer to pay admin and other claims.

9/30/11- Escrow about to close. Expect to file a final before year end. Trustee sold property $292,000 free and clear of liens.

November 30, 2011 After an 1 hour discussion again the Mountain House Water Company confirms that they will offset a 300 deposit at the next billing cycle 12/18/11 taking approx. 151 dolllars fee due post escrow closing and refunding the balance to the Trustee. Trustee will credit the recovery in January 2012 prior to the final distribution.

Initial Projected Date of Final Report (TFR): 03/25/13      Current Projected Date of Final Report (TFR): 03/31/12

**FORM 2**

Page:     1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-28900   -C |
| Case Name: | PICKETT, JESTINA L. |
| Taxpayer ID No: | 35-6927141 |
| For Period Ending: | 07/17/12 |

| | |
|---|---|
| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | 1150400627  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 63,027,656.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 1150400627 | 0 | Deposits | 0.00 | 0 Checks | 0.00 | |
| | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | |
| | | | | 0 Transfers Out | 0.00 | |
| | | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 0.00 | |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 0.00 | | | |

| | |
|---|---|
| Memo Receipts: | 0.00 |
| Memo Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

PFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.06c

**FORM 2**

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | |
|---|---|
| Case No: | 09-28900 -C |
| Case Name: | PICKETT, JESTINA L. |
| Taxpayer ID No: | 35-6927141 |
| For Period Ending: | 07/17/12 |

| | |
|---|---|
| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 4437950114 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 63,027,656.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/11 | 1 | CHICAGO TITLE | SALE OF PROPERTY | | 269,992.34 | | 269,992.34 |
| | | TAXES | Memo Amount: ( 1,754.68 ) | 2500-000 | | | |
| | | CHICAGO TITLE | TAXES | | | | |
| | | | Memo Amount: ( 922.70 ) | 2500-000 | | | |
| | | CHICAGO TITLE | TITLE CHARGES | | | | |
| | | | Memo Amount: ( 407.50 ) | 2500-000 | | | |
| | | PMZ REAL ESTATE | ESCROW CHARGES | | | | |
| | | | Memo Amount: ( 17,520.00 ) | 3520-000 | | | |
| | | DISCLOSE, NATURAL HAZARDS | COMMISSION | | | | |
| | | | Memo Amount: ( 88.95 ) | 2500-000 | | | |
| | | GARY R. FARRAR TRUSTEE | NHD | | | | |
| | | | Memo Amount: ( 695.94 ) | 2500-000 | | | |
| | | HOME, AMERICAN SHIELD | REIMBURSMENT FUNDS ADVANCED | | | | |
| | | | Memo Amount: ( 355.00 ) | 2500-000 | | | |
| | | HOUSE, MOUNTAIN | HOME SHIELD | | | | |
| | | | Memo Amount: ( 221.11 ) | 2500-000 | | | |
| | | PG & E | WATER BILL | | | | |
| | | | Memo Amount: ( 5.46 ) | 2500-000 | | | |
| | | MID | UTILTIES | | | | |
| | | | Memo Amount: ( 36.32 ) | 2500-000 | | | |
| | | ASSOCATION, HOMEOWNERS | UTILITIES | | | | |
| | | | Memo Amount: ( 145.00 ) | 2500-000 | | | |
| | | | HOA FEES | | | | |
| | | | Memo Amount: 292,000.00 | 1290-000 | | | |
| | | | Sale of Real Estate Property | | | | |
| | | | Memo Amount: 145.00 | 2500-000 | | | |
| | | | Reimbursement of Homeowner's Assn | | | | |
| 10/12/11 | 1 | CHICAGO TITLE | HOA REIMBURSMENT | 2500-000 | 145.00 | | 270,137.34 |
| 10/19/11 | 000101 | INTERNATIONAL SURETIES, LTD | bond # 016030865 | 2300-000 | | 40.87 | 270,096.47 |
| | | ONE SHELL SQUARE | 1/1/11 thru 1/1/12 | | | | |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 11/01/11 | 000102 | PG & E | account # 1236950300-3 | 2990-000 | | 40.37 | 270,056.10 |
| | | P.O. BOX 997300 | | | | | |
| | | SACRAMENTO, CA 95899-7300 | | | | | |
| 11/15/11 | 000103 | MODESTO IRRIGATION DISTRICT | account# 26001254626 | 2990-000 | | 45.59 | 270,010.51 |
| | | P.O. BOX 5355 | 424 E. Heritage Drive, Mountain House. | | | | |
| | | MODESTO, CA 95352-5355 | | | | | |
| 11/29/11 | 000104 | PG & E | # 0195373902-4 | 2990-000 | | 61.63 | 269,948.88 |
| | | P.O. BOX 997300 | 424 E. HERTIGAGE DRIVE, MTN HOUSE | | | | |
| | | SACRAMENTO, CA 95899-7300 | FINAL CLOSING BILL | | | | |
| 12/13/11 | 000105 | THE SUNTAG LAW FIRM | FINAL DISTRIBUTION | 3210-000 | | 15,351.00 | 254,597.88 |
| | | DANA SUNTAG ESQUIRE | | | | | |
| | | 20 NORTH SUTTER STREET, 4TH FLOOR | | | | | |
| | | STOCKTON, CA 95202 | | | | | |
| 12/13/11 | 000106 | THE SUNTAG LAW FIRM | FINAL DISTRIBUTION | 3220-000 | | 348.96 | 254,248.92 |
| | | DANA SUNTAG ESQUIRE | | | | | |
| | | 20 NORTH SUTTER STREET, 4TH FLOOR | | | | | |
| | | STOCKTON, CA 95202 | | | | | |

PFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.06c

**FORM 2**

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-28900 -C |
| Case Name: | PICKETT, JESTINA L. |
| | |
| Taxpayer ID No: | 35-6927141 |
| For Period Ending: | 07/17/12 |

| | |
|---|---|
| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 4437950114  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 63,027,656.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/09/12 | 000107 | GARY R. FARRAR TRUSTEE<br>P.O. BOX 576097<br>MODESTO, CA 95357<br>CA | Chapter 7 Compensation/Fees | 2100-000 | | 17,850.00 | 236,398.92 |
| | 03/09/12 | 000108 | GARY R. FARRAR TRUSTEE<br>P.O. BOX 576097<br>MODESTO, CA 95357<br>CA | Chapter 7 Expenses | 2200-000 | | 94.68 | 236,304.24 |
| | 03/09/12 | 000109 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVE #1120<br>MIAMI FL 33131-1605 | Claim 000001, Payment 34.02217%<br>FINAL DISTRIBUTION<br>#3135 | 7100-000 | | 1,303.09 | 235,001.15 |
| | 03/09/12 | 000110 | FIA CARD SERVICES, N.A.<br>PO BOX 248809<br>OKLAHOMA CITY OK 73124-8809 | Claim 000002, Payment 34.02212%<br>FINAL DISTRIBUTION<br>#2136/9874 | 7100-000 | | 6,712.68 | 228,288.47 |
| * | 03/09/12 | 000111 | JP MORGAN CHAES-EMC<br>DAVID C. WINTON<br>2121 N CALIFORNIA BLVD #520<br>WALNUT CREEK 94596 | Claim 000004, Payment 34.02213%<br>FINAL DISTRIBUTION<br>EMC MORTGAGE # 4738 | 7100-003 | | 228,288.47 | 0.00 |
| * | 06/11/12 | 000111 | JP MORGAN CHAES-EMC<br>DAVID C. WINTON<br>2121 N CALIFORNIA BLVD #520<br>WALNUT CREEK 94596 | Claim 000004, Payment 34.02213%<br>over 90 days | 7100-003 | | -228,288.47 | 228,288.47 |
| | 07/17/12 | 000112 | UNITED STATES BANKRUPTCY COURT<br>501 "I" Street, Suite 3-200<br>Sacramento, CA 95814<br>ATTN: KAREN CERIANI, FINANCE<br>DEPARTMENT | TREASURY REG. FUND<br>CAN-X<br>Bank issued certifed check # 1019008727 on<br>6/12/12 directly to the court for check over 90<br>days stale dated. | 7100-001 | | 228,288.47 | 0.00 |
| * | 07/17/12 | | UNITED STATES BANKRUPTCY COURT<br>1200 I STREET, SUITE 4<br>MODESTO, CA 95354 | FUNDS TO COURT | 7100-003 | | 228,288.47 | -228,288.47 |
| * | 07/17/12 | | Reverses Adjustment OUT on 07/17/12 | FUNDS TO COURT | 7100-003 | | -228,288.47 | 0.00 |
| * | 07/17/12 | | UNITED STATES BANKRUPTCY COURT<br>CANX | funds to court | 7100-003 | | 288,288.47 | -288,288.47 |
| * | 07/17/12 | | Reverses Adjustment OUT on 07/17/12 | funds to court | 7100-003 | | -288,288.47 | 0.00 |

| | | |
|---|---|---|
| Memo Receipts: | 292,145.00 | |
| Memo Disbursements: | 22,152.66 | |
| Memo Allocation Net: | 269,992.34 | |

| Account 4437950114 | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 2 Deposits | 270,137.34 | |
| 0 Interest Postings | 0.00 | |
| Subtotal | $ 270,137.34 | |
| 0 Adjustments In | 0.00 | |
| 0 Transfers In | 0.00 | |
| Total | $ 270,137.34 | |

| | | |
|---|---|---|
| 13 Checks | 270,137.34 | |
| 4 Adjustments Out | 0.00 | |
| 0 Transfers Out | 0.00 | |
| Total | $ 270,137.34 | |

PFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.06c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:     4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-28900  -C | |
| Case Name: | PICKETT, JESTINA L. | |
| Taxpayer ID No: | 35-6927141 | |
| For Period Ending: | 07/17/12 | |

| | |
|---|---|
| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 4437950114  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 63,027,656.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | |
|---|---|
| Total Memo Receipts: | 292,145.00 |
| Total Memo Disbursements: | 22,152.66 |
| Total Memo Allocation Net: | 269,992.34 |

|  | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 2 | Deposits | 270,137.34 | 13 Checks | 270,137.34 |
| 0 | Interest Postings | 0.00 | 4 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 270,137.34 | | |
| | | | Total | $ 270,137.34 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 270,137.34 | Net Total Balance | $ 0.00 |

PFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 16.06c