**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Jestina L. Pickett     **Case No.:** 09-28900 - C - 7
                                                   **Docket Control No.** ALG-1
                                                   **Date:** 01/12/2023
                                                   **Time:** 10:00 AM

**Matter:** [123] - Motion/Application for Payment of Unclaimed Funds in the amount of $ 228288.47 Filed by Creditor Select Portfolio Servicing, Inc. [ALG-1] (shes)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor's Attorney - Arnold L. Graff
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

    **The court will issue an order.**