**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re: ) Case No. 09-28900-C-7
)
) Docket Control No. ALG-1
JESTINA PICKETT, )
) Date: January 12, 2023
　　　　　　　　Debtor. ) Time: 10:00 a.m.
_____) Dept: C (Courtroom 35)

**MEMORANDUM DECISION AND ORDER**

In a reported decision, this court rejected, without prejudice, the application by Select Portfolio Servicing, Inc., (SPS) for payment of $228,288.47 in unclaimed funds on deposit in the United States Treasury pursuant to 11 U.S.C. § 347(a). That decision also determined that a debtor cannot leapfrog the distribution scheme of 11 U.S.C. § 726 and does not become entitled to unclaimed funds merely because a payee on a chapter 7 trustee's dividend check issued on account of an allowed claim has not come forward timely to assert its rights to the funds. In re Jestina Pickett, 632 B.R. 78, 70 Bankr. Ct. Dec. 154 (Bankr. E.D. Cal. 2021).

At that time, this court was not persuaded that SPS had provided "full proof" of being the "rightful owner" of the funds as required by 28 U.S.C. § 2042. The circumstances of the $228,288.47 chapter 7 dividend as they then appeared, based on the trustee's sale of real property for which recording of the deed of trust had been bungled, suggested there might be other claimants. Accordingly, the SPS application was denied without prejudice.

　　　　Now supported by a better record, SPS re-applies for payment of the $228,288.47 that is on deposit in the Treasury pursuant to § 347(a) and subject to disposal under Chapter 129 of Title 28 – <u>i.e.</u>, 28 U.S.C. §§ 2041-2045.

　　　　SPS submitted the following documents to make its record in support of "full proof" of its status as the "rightful owner" of the unclaimed funds as required by 28 U.S.C. § 2042:

　　　　(1) Promissory Note;

　　　　(2) Deed of Trust;

　　　　(3) Face Page of Pooling and Servicing Agreement between Mortgage Trustee and Loan Servicer;

　　　　(4) Loan Modification Agreement;

　　　　(5) Consent Order by Board of Governors of the Federal Reserve System;

　　　　(6) Notice of Servicing Transfer;

　　　　(7) Original Application of Unclaimed Funds by SPS;

　　　　(8) Limited Power of Attorney;

　　　　(9) Subservicing Agreement between Servicer and Subservicer;

　　　　(10) Notice of Servicing Transfer; and

　　　　(11) Declaration from Title Insurance Company.

SPS also provided under seal for inspection in camera an unredacted version of the servicer/subservicer agreement.

　　　　This court has reviewed all of the materials provided by SPS and is now persuaded that SPS has provided "full proof" it is the "rightful owner" of the unclaimed funds for purposes of 28 U.S.C. § 2042.

　　　　IT IS ORDERED that the application of Select Portfolio Servicing, Inc., for distribution of the $228,288.47 on deposit in the Treasury is GRANTED.

1　　　　IT IS FURTHER ORDERED that the Clerk is directed to pay

2　$228,288.47 from the Unclaimed Funds to:

3　　　　　　Select Portfolio Servicing, Inc.
　　　　　　Attn: Shariyu Preston Corp Legal
4　　　　　　3217 S. Decker Lake Drive
　　　　　　Salt Lake City, UT 84119

6　　　　The funds may be disbursed only after 14 calendar days from

7　the entry on docket of this order to allow for the appeal period

8　to expire.

9　Dated: January 17, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

3


**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached Order via first class mail, to the following parties:

Jestina L. Pickett
232 West Lucita Way
Mountain House, CA 95391

Jestina Pickett
28 E. Legacy Dr.
Tracy, CA 95391

David Van Dyke
2111 West March Lane, Suite B300
Stockton, CA 95207

Rick Morin
555 Capitol Mall Suite 750
Sacramento, CA 95814

Arnold Graff
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Dana Suntag
Herum Crabtree Suntag
5757 Pacific Avenue, Suite 222
Stockton, CA 95207

Gary Farrar
PO Box 576097
Modesto, CA 95357

Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Arthur Unger
Brighton Capital Corporation
8185 Via Ancho Road
Boca Raton, FL 33488